Mark Jaffe (California Bar No. 315950)
5 Bridges Law, PC
2027 Ascot Drive #1
Moraga, CA 94556
t:  (718) 730-3306
markj@5bridgeslaw.com

*Attorney for Defendants Conor Petersen and Thunkspace, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROGERS, an individual<br><br>Plaintiff,<br><br>v.<br><br>CONOR PETERSEN, an individual; and, THUNKSPACE, LLC<br><br>Defendants. | **Case No. 3:23-cv-3281-TLT**<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL** |

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL

On December 4, 2023 I filed a Notice of Motion and Motion to Withdraw as Counsel in this matter (ECF # 51).

I have reached an agreement with my clients whereby I will remain as counsel and he has hired co-counsel who will soon be filing an appearance.

I therefore respectfully request that the Motion to Withdraw as Counsel, and any accompanying relief sought in that motion, is deemed withdrawn.

1

WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        Respectfully submitted,

        *[signature]*

Mark Jaffe
5 Bridges Law, PC
Attorney for Defendants

PROOF OF SERVICE

I am a citizen of the United States employed in Costra Conta County, California. I am over the age of 18 and not a party to this action. My business address is 2027 Ascot Drive # 1, Moraga, California, 94556.

On December 18, 2023 I served the foregoing:

NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL on the interested parties as follows:

Byron Ruby
Michael Katz
Katz Ruby & Sechooler
3420 Bristol Street, Suite 600
Costa Mesa, CA 9262
Bruby@katzruby.com
mkatz@katzruby.com
Attorneys for Plaintiff Nathan Rogers

BY THE COURT'S ECF SYSTEM: I caused each document to be transmitted electronically by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, on all ECF-registered parties in the action.

And on Defendants Conor Petersen and Thunkspace, LLC by email.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on December 18, 2023, in Contra Costa County, California.

_____
Mark Jaffe