**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN ROGERS, an individual<br><br>Plaintiff,<br><br>v.<br><br>CONOR PETERSEN, an individual; and THUNKSPACE, LLC,<br><br>Defendants. | **Case No. 3:23-cv-3281-TLT**<br><br>**[PROPOSED] JUDGMENT OF DEFENDANTS' NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT**<br><br>**Judge:  Hon. Trina L. Thompson**<br><br>**Trial Date: September 15, 2025** |

  Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Nathan Rogers shall recover from Defendants Conor Petersen and Thunkspace, LLC, the amount of $200,000.00, inclusive of all costs of suit and expenses, including attorney's fees, otherwise recoverable and accrued to date and in the future by

1

Plaintiff in this action. It is further adjudicated that any copyright in the "Autochess' code at issue in this action is owned by Defendant Thunkspace, LLC.

The Clerk of Court shall close and terminate the case. All case deadlines and dates are hereby vacated.

IT IS SO ORDERED

Dated: ~~February 18, 2025~~

February 28, 2025

_____
Hon. ~~Trina L.~~ Thompson
United States District Judge
Northern District of California